United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL IMPERIALE,

    Plaintiff,

  v.

CITY OF SOUTH SAN FRANCISCO,

    Defendant.
                                    /

No. C 10-04932 JSW

**ORDER REQUIRING JOINT STATUS REPORT**

On November 1, 2010, Plaintiff filed his complaint in this case, which is governed by the Court's scheduling order for cases asserting a denial of right of access under the Americans With Disabilities Act. Defendant filed an answer on December 10, 2010. There has been no further activity since that time. Accordingly, it is HEREBY ORDERED that the parties shall submit a joint status report to the Court regarding the status of this case by no later than July 29, 2011.

**IT IS SO ORDERED.**

Dated: July 15, 2011

                                                      JEFFREY S. WHITE
                                                      UNITED STATES DISTRICT JUDGE