Thimesch Law Offices
TIMOTHY S. THIMESCH, Esq. (No. 148213)
158 Hilltop Crescent
Walnut Creek, CA 94597-3457
Telephone: (925)588-0401

Attorneys for Plaintiff PAUL IMPERIALE


MARK F. HAZELWOOD, Esq. (SBN 136521)
DIRK D. LARSEN, Esq. (SBN 246028)
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile ( 415) 982-1634

Attorneys for Defendant CITY OF SOUTH SAN FRANCISCO


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL IMPERIALE,<br><br>         PLAINTIFF,<br><br>V.<br><br>CITY OF SOUTH SAN FRANCISCO; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>         Defendants.<br>_____/ | CASE NO. 3:10-cv-04932-JSW<br>Civil Rights<br><br>**JOINT STATUS REPORT AND STIPULATION AND [Proposed] ORDER SEEKING AN ENLARGEMENT OF TIME TO COMPLETE MEET AND CONFER AND MEDIATION** |

**TO THE COURT:**

The Parties report that they are cooperating in implementing General Order 56's requirements, and hereby request an additional 120 days from today's date to complete its procedures, including mediation. There is good cause:

The Parties are cooperating and counsel have a working relationship from prior ADA matters. However, Plaintiff believes that the subject site presents certain unusual

---

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Joint Status Report and Stipulation and Order Enlarging Time to Complete Mediation:
Case No. 3:10-cv-04932-JSW**

difficulties. It is comprised of the building complex on Grand Avenue in South San Francisco, which consists of City Hall, Administration Building, Library, parking, park, and campus.

Plaintiff alleges that these buildings and the site have significant barriers that exclude the participation of persons with disabilities using wheelchairs. For instance, Plaintiff alleges that the Complexes campus is accessible only by steps at each of its four corners. Defendant maintains that no significant barriers to access exist, and that any technical violations are minor. Defendant also denies that the campus is accessible only by steps at each of its four corners.

The buildings in question are older buildings, and the City Hall, in particular, which was built in 1920s to resemble Freedom Hall in Philadelphia, and is listed on the National Register of Historical Building, has significant historical fabric constraints. The parties acknowledge that these conditions limit the available options and level of remediation. However, as noted above, Defendant maintains that only a minor level or remediation, if any, may be necessary.

The parties participated in an early and cooperative site inspection held on February 24, 2011. Plaintiff wishes to have an additional inspection performed by his general contractor consultant Karl Danz to determine and suggest feasible solutions. Plaintiff's counsel represents that he has not yet received Mr. Danz' drawings and proposals, and hence has not yet been able to provide Defendants with a full demand.

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Joint Status Report and Stipulation and Order Enlarging Time to Complete Mediation:**
**Case No. 3:10-cv-04932-JSW**                                                — 2 —

1  Defendant does not believe believe that drawings and proposals
2  from a general contractor are required, as any necessary
3  remediation is minor, Plaintiff's expert has already performed
4  a thorough inspection, and members of Defendant's staff may be
5  able to provide assistance with drawings and/or proposals.
6  Plaintiff believes that this step is essential to a meaningful
7  discussion and/or mediation.
8      Therefore, the Parties request that the Court enlarge the
9  time for meet and confer and to complete mediation to 120 days
10 from today's date, or November 28, 2011.

12     SO STIPULATED.

14 Dated: July 29, 2011    THIMESCH LAW OFFICES
    TIMOTHY S. THIMESCH

17     _____
    Attorneys for Plaintiff
18     PAUL IMPERIALE

19 Dated: July 29, 2011    MARK F. HAZELWOOD, ESQ.
    DIRK D. LARSEN, ESQ.
20     LOW, BALL & LYNCH

22     /s/ Dirk D. Larsen
    Attorneys for Defendant
    CITY OF SOUTH SAN FRANCISCO

---

**Joint Status Report and Stipulation and Order Enlarging Time to Complete Mediation:**   — 3 —
**Case No. 3:10-cv-04932-JSW**

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**ORDER**

SO ORDERED. _____

_____

_____

_____.

Dated: August 2, 2011         _____/s/ Jeffrey S. White_____
                              HON. JEFFREY S. WHITE
                              Judge of U.S. District Court

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Joint Status Report and Stipulation and Order Enlarging Time to Complete Mediation:**
**Case No. 3:10-cv-04932-JSW**

— 2 —