1  MARK F. HAZELWOOD, SBN 136521
   DIRK D. LARSEN, SBN 246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California  94111-2584
   Telephone  (415) 981-6630
4  Facsimile  (415) 982-1634

5  Attorneys for Defendant
   CITY OF SOUTH SAN FRANCISCO
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  PAUL IMPERIALE,                    )   Case No. CV 10-04932 JSW
                                       )
12             Plaintiff,              )   REQUEST FOR CASE
                                       )   MANAGEMENT CONFERENCE
13       v.                            )   **ORDER THEREON**
                                       )
14  CITY OF SOUTH SAN FRANCISCO; and DOES 1 )
    through 50, Inclusive,             )
15                                     )
               Defendants.             )
16  _____)

17       Defendant City of South San Francisco hereby requests that the court schedule a case

18  management conference in January 2012, or at a time convenient for the court.

19

20       Dated: December 12, 2011.

21  **The request is denied without prejudice to a**         LOW, BALL & LYNCH
    **showing of why a case management conference**
22  **is needed.**

23  **December 15, 2011**                     By: _____
                                              MARK F. HAZELWOOD
24                                            DIRK D. LARSEN
                                              Attorneys for Defendant
25                                            CITY OF SOUTH SAN FRANCISCO

[Stamp: DENIED WITHOUT PREJUDICE / Judge Jeffrey S. White / United States District Court, Northern District of California]

-1-
REQUEST FOR CASE MANAGEMENT CONFERENCE

J:\1098\sf0005\Pld\request cmc.wpd                                    Case No. C 10-04932 JSW