1  MARK F. HAZELWOOD, SBN 136521
   DIRK D. LARSEN, SBN 246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone (415) 981-6630
4  Facsimile (415) 982-1634

5  Attorneys for Defendant
   CITY OF SOUTH SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL IMPERIALE, | Case No. CV 10-04932 JSW |
| Plaintiff, | REQUEST FOR CASE MANAGEMENT CONFERENCE |
| v. | **ORDER THEREON** |
| CITY OF SOUTH SAN FRANCISCO; and DOES 1 through 50, Inclusive, | |
| Defendants. | |

Defendant City of South San Francisco hereby requests that the court schedule a case management conference in January 2012, or at a time convenient for the court.

Dated: December 12, 2011.

**The request is denied without prejudice to a showing of why a case management conference is needed.**

**December 15, 2011**

LOW, BALL & LYNCH

By_____
MARK F. HAZELWOOD
DIRK D. LARSEN
Attorneys for Defendant
CITY OF SOUTH SAN FRANCISCO

*DENIED WITHOUT PREJUDICE*
*Judge Jeffrey S. White*

-1-
REQUEST FOR CASE MANAGEMENT CONFERENCE

J:\1098\sf0005\Pld\request cmc.wpd                                    Case No. C 10-04932 JSW