**Thimesch Law Offices**
TIMOTHY S. THIMESCH, ESQ., No. 148213
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925-588-0401
Fax: 888-210-8868

Attorneys for Plaintiff PAUL IMPERIALE

MARK F. HAZELWOOD, Esq. (SBN 136521)
DIRK D. LARSEN, Esq. (SBN 246028)
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendant CITY OF SOUTH SAN FRANCISCO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL IMPERIALE,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SOUTH SAN FRANCISCO; and DOES 1 through 50, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. 3:10-cv-04932-JSW<br>Civil Rights<br><br>**STATUS REPORT AND STIPULATION AND [Proposed] ORDER SEEKING REFERRAL TO MAGISTRATE JUDGE ELIZABETH LAPORTE FOR A SETTLEMENT CONFERENCE** |

    The is a disputed liability case brought under Title II of the Americans With Disabilities Act, involving issues of historical fabric at the City Hall complex is South San Francisco. The parties continue to cooperate in implementing General Order 56. At the time of this statement, Plaintiff represents that he has provided an expert report to Defendant. The parties have also conducted the required inspection/meeting with consultants and counsel. At least one of the major site issues has already been resolved, and agreements appear possible on other issues.

    In order to maintain the momentum toward settlement and to assist the parties in their negotiations, the parties request referral of this matter to a judicial settlement conference before a

**Stipulation and Order For Referral to Settlement Conference:**
**Case No. 3:10-cv-04932-JSW**

1  magistrate judge. There is substantial good cause. The claims involve alleged barriers to access
2  at the City Hall Complex, which is a square block area. The parties believe that a magistrate
3  judge may be effective at dealing with the factual and legal issues, and the impasse that exists as
4  to certain injunctive relief claims. The parties suggest referral of this matter to Magistrate Judge
5  Elizabeth Laporte, whose staff has already indicated availability for a Settlement Conference on
6  ////
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Stipulation and Order For Referral to Settlement Conference:**
**Case No. 3:10-cv-04932-JSW**

— 2 —

1 | July 18, 2012, i.e., subject to this Court's approval.

2 | SO STIPULATED.

3

4 | Dated: July 10, 2012       THIMESCH LAW OFFICES
                              TIMOTHY S. THIMESCH
5
                              /s/ Authorized Signed
6                             Attorneys for Plaintiff PAUL IMPERIALE

7

8 | Dated: July 10, 2012       MARK F. HAZELWOOD, ESQ.
                              DIRK D. LARSEN, ESQ.
9                             LOW, BALL & LYNCH

10
                              /s/ Authorized Signed
11                            Attorneys for Defendant
                              CITY OF SOUTH SAN FRANCISCO
12

13

14

15 | **ORDER**

16 | SO ORDERED.

17 | .

18

19 | Dated: July 10, 2012       /s/ Jeffrey S. White
                              HON. JEFFREY S. WHITE
20                            JUDGE FOR U.S. DISTRICT COURT

21

22 | cc: Magistrate Judge Laporte, Magistrate Referral Clerk

**Stipulation and Order For Referral to Settlement Conference:** — 3 —
**Case No. 3:10-cv-04932-JSW**