**Thimesch Law Offices**
TIMOTHY S. THIMESCH, ESQ., No. 148213
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925-588-0401
Fax: 888-210-8868

Attorneys for Plaintiff PAUL IMPERIALE

MARK F. HAZELWOOD, Esq. (SBN 136521)
DIRK D. LARSEN, Esq. (SBN 246028)
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendant CITY OF SOUTH SAN FRANCISCO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL IMPERIALE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF SOUTH SAN FRANCISCO; and DOES 1 through 50, Inclusive,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 3:10-cv-04932-JSW<br>Civil Rights<br><br>**STIPULATION AND [Proposed] ORDER PERMITTING PLAINTIFF TO APPEAR BY TELEPHONE DUE TO A MEDICAL NECESSITY** |

　　　　This matter is set for a Settlement Conference before Her Honor on July 18, 2012. Plaintiff requests that he be permitted to appear at the proceeding by telephone, with Plaintiff's counsel additionally having full authority on all issues. Plaintiff's counsel represents that Plaintiff has a pre-scheduled and mandatory appointment for blood dialysis on that date. This cannot be

////

---

**Stipulation and Order For Permission to Appear by Telephone:**
**Case No. 3:10-cv-04932-JSW**

1 rescheduled. Defendant has stipulated on the condition that Plaintiff's counsel have full authority
2 on all issues. Plaintiff verifies this.
3     SO STIPULATED.

5 Dated: July 16, 2012      THIMESCH LAW OFFICES
                                         TIMOTHY S. THIMESCH

                                         /s/ Authorized Signed
7                                          Attorneys for Plaintiff PAUL IMPERIALE

9 Dated: July 16, 2012      MARK F. HAZELWOOD, ESQ.
                                         DIRK D. LARSEN, ESQ.
10                                          LOW, BALL & LYNCH

                                         /s/ Authorized Signed
12                                          Attorneys for Defendant
                                         CITY OF SOUTH SAN FRANCISCO

16                               **ORDER**

17     SO ORDERED.

20 Dated: July 16, 2012

                                  HON.
                                  JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Elizabeth D. Laporte]*